**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TURRELLE GIVENS**                                                                              **PLAINTIFF**
**ADC #150441**

**v.**                                                   **Case No. 4:24-cv-00542-KGB**

**FAULKNER COUNTY JAIL, Unit 2**                                                          **DEFENDANT**

**<u>ORDER</u>**

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 5).   In the Recommendation, Judge Volpe states that Mr. Givens had not filed an amended complaint.   It appears that Mr. Givens filed an amended complaint but did not cure the deficiency noted in the Judge Volpe's July 22, 2024, Order because the only named defendant in the amended complaint continues to be "Faulkner County Jail Unit 2," which the Court explained is not a proper defendant in a § 1983 action (Dkt. No. 3, at 4).

Mr. Givens has not filed objections to the Recommendation, and the time to file objections has passed.   Instead of objecting, Mr. Givens filed a notice of appeal and pursued an appeal that was dismissed for lack of jurisdiction by the Eighth Circuit Court of Appeals (Dkt. Nos. 6; 15). As a result, the Court has conducted a *de novo* review of the record in making this determination. Accordingly, after careful consideration, the Court concludes that the Recommendation should be, and hereby is, approved and adopted with the modification that Mr. Givens filed an amended complaint but that the amended complaint continues to fail to state a claim upon which relief may be granted (Dkt. No. 5).   The Court dismisses without prejudice Mr. Givens's complaint and amended complaint (Dkt. Nos. 2; 4).   The Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith.   28 U.S.C. § 1915(a)(3).

It is so ordered this 15th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge