**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TURRELLE GIVENS**                                                                              **PLAINTIFF**
**ADC #150441**

**v.**                                        **Case No. 4:24-cv-00542-KGB**

**FAULKNER COUNTY JAIL, Unit 2**                                              **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Turrelle Givens's complaint and amended complaint are dismissed without prejudice (Dkt. Nos. 2; 4). The relief sought is denied. The Court certifies that an *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So adjudged this 15th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge